The Hon. Michelle L. Peterson

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KALEB ANDERSON,<br><br>        Plaintiff,<br><br>  v.<br><br>BOEING EMPLOYEES CREDIT UNION and EQUIFAX INFORMATION SERVICES, LLC,<br><br>        Defendants. | Case No. 2:25-cv-00614-MLP<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT, AND [PROPOSED] ORDER**<br><br>Note on Motion Calendar: June 16, 2025 |

**STIPULATED MOTION**

Defendant Equifax Information Services, LLC ("Equifax") and plaintiff Kaleb Anderson move the Court for an Order extending the deadline for Equifax to answer, plead, or otherwise respond to plaintiff's Complaint, up to and including July 16, 2025.

1. Plaintiff filed this Complaint on April 7, 2025.

2. Equifax was served with the Complaint on April 17, 2025.

3. Equifax's time to respond to the Complaint is currently June 16, 2025.

4. Equifax requests additional time to file its responsive pleading through and including July 16, 2025, so that the parties may engage in settlement negotiations.

5. Plaintiff consent to this motion.

6. The request is made in good faith and not for the purpose of delay.

---

**STIPULATED EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT and PROPOSED ORDER - 1**
Case No. 2:25-cv-00614-MLP

**MARKOWITZ HERBOLD PC**
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR 97201
(503) 295-3085

7. Equifax respectfully submits that the foregoing circumstances constitute good cause and warrant granting the extension requested.

Wherefore, both parties respectfully request that this Court grant defendant Equifax an extension of time up to and including July 16, 2025, within which to serve its responses to the Complaint.

I certify that this memorandum contains 470 words, in compliance with Local Civil Rule 7(e)(1).

DATED: June 16, 2025.

MARKOWITZ HERBOLD PC

*s/ Jeffrey M. Edelson*
_____
Jeffrey M. Edelson, WSBA #37361
JeffEdelson@MarkowitzHerbold.com
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
*Attorneys for Defendant Equifax Information Services, LLC*

SANDERS LAW GROUP

*s/ Craig B. Sanders*
_____
Craig B. Sanders, WSBA #46986
csanders@sanderslaw.group
*Attorneys for Plaintiff Kaleb Anderson*

**STIPULATED EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT and ~~PROPOSED~~ ORDER - 2**
**Case No. 2:25-cv-00614-MLP**

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR 97201
(503) 295-3085

**ORDER**

Based upon the foregoing Stipulated Motion for Extension of Time to Answer or Otherwise Plead,[1] the Court hereby ORDERS AND ADJUDGES as follows:

1. The Stipulated Motion is GRANTED and ACCEPTED by the Court.

2. Defendant Equifax Information Services, LLC shall answer or otherwise respond to the Complaint by July 16, 2025.

DATED this 16th day of June, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

*s/Jeffrey M. Edelson*

Jeffrey M. Edelson, WSBA #37361
JeffEdelson@MarkowitzHerbold.com

*Attorneys for Defendant Equifax Information Services, LLC*

---

[1] The parties' motion was filed the day Defendant's answer was due. The parties are reminded that, absent a true, unforeseen emergency, the Court's Local Civil Rules require motions for relief from a deadline to be "filed sufficiently in advance of the deadline to allow the court to rule on the motion prior to the deadline." LCR 7(j).

**STIPULATED EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT and** ~~PROPOSED~~ **ORDER - 3**
**Case No. 2:25-cv-00614-MLP**

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR 97201
(503) 295-3085