UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Kaleb Anderson,<br><br>            Plaintiff,<br><br>    v.<br><br>Boeing Employees Credit Union and Equifax Information Services, LLC,<br><br>            Defendants. | Case No. 2:25-cv-00614-RSL<br><br>STIPULATION OF DISMISSAL |

**IT IS HEREBY STIPULATED AND AGREED**, by and among Plaintiff Kaleb Anderson and Defendant Equifax Information Services, LLC, by and through their undersigned attorneys, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear her or its own costs and attorneys' fees.

Stipulation of Dismissal
CASE NO: 2:25-cv-00614-MLP

SANDERS LAW GROUP
333 Earle Ovington Blvd, Ste 402
Uniondale, NY 11553
Tel: (516) 203-7600

Dated: December 4, 2025

| | |
|---|---|
| **SANDERS LAW GROUP** | **MARKOWITZ HERBOLD PC** |
| By: /s/ *Craig B. Sanders* <br> Craig B. Sanders, Esq. (WSBA #46986) <br> 333 Earle Ovington Blvd, Suite 402 <br> Uniondale, NY 11553 <br> Tel: (516) 203-7600 <br> Email: csanders@sanderslaw.group <br> File No.: 131255 <br> *Attorneys for Plaintiff* | By: /s/ *Stanton R. Gallegos* <br> Stanton R. Gallego, WSBA #53430 <br> 1455 SW Broadway, Suite 1900, <br> Portland, OR 97201 <br> Tel: (503) 295-3085 <br> StantonGallegos@MarkowitzHerbold.com <br> *Attorneys for Defendant Equifax Information Services, LLC* |

**SO ORDERED.**

Dated this 5th day of December, 2025.

*[signature]*
Robert S. Lasnik
United States District Judge

Stipulation of Dismissal
CASE NO: 2:25-cv-00614-MLP

SANDERS LAW GROUP
333 Earle Ovington Blvd, Ste 402
Uniondale, NY 11553
Tel: (516) 203-7600